UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:25-cv-01732 ADS                              Date: September 24, 2025

Title: *Jeffrey Faatz v. Terumo Neuro, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

    Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge and Declination Of Consent Form within 14 days of service. C.D. Cal. L. R. 4-6, 73-2.1. Plaintiff was ordered to file a proof of service confirming service of the Notice Of Assignment To A U.S. Magistrate Judge and Declination Of Consent Form on Defendant Microvention, Inc. by no later than September 17, 2025. (Dkt. No. 8.) To date, no proof of service has been filed.

    Plaintiff is **ORDERED TO SHOW CAUSE** why sanctions should not issue for failure to follow court orders. Plaintiff must file a written response no later than October 1, 2025. Among other appropriate responses, Plaintiff may file a proof of service of the Notice Of Assignment To A U.S. Magistrate Judge and Declination Of Consent Form in response to this Order.

    **IT IS SO ORDERED.**

Initials of Clerk kh